April 11, 2023


To The Attention of
Hon. Mary Kay Vyskocil
Case Reference: 1: 22-cv-10406-MKV
In care of:
Pro Se Office
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Vyskocil,

I have been informed by attorney for Sothebys, Mr. Paul Cossu of Pryor Cashman that both Sothebys and I have been named as defendants in a civil action reference Case 1: 22-cv-10406-MKV.

I was not served as stated by the Plaintiffs representative. I have not lived at the address they stated, 222 West 83rd Street, New York, NY, for many years.

No attempts have been made by the plaintiff or her representatives to contact me by phone nor email though they had both my number and email address from previous correspondence.

I am representing myself in this case. Below is my correct contact information.

Robert Page
P. O. Box 356
Shelter Island Heights, NY 11964
646.331.0767
robertpageiv@gmail.com

I apologize for notifying the court so late in this proceeding and I look forward to working with the Pro Se Office and the court.

Sincerely.

SIGNED /s/ ROBERT PAGE

Robert Page