The Eubanks Law Firm, PLLC
1180 Ave of the Americas, 8th Fl
New York, New York 10036
(212) 390-8949

November 14, 2019

**VIA EMAIL**
aimee.scillieri@sothebys.com

**VIA PRIORITY MAIL**
Sotheby's
Attention: Aimee Scillieri
1334 York Avenue
New York, New York 10021

Re:  Legal Ownership of Jean-Michael Basquiat Isaia's Fertility

Dear Ms. Scillieri,

Per our email and phone communication last week, I am representing Phyllis Swan in connection with her efforts to claim her rightful ownership of the artwork sold at auction at Sotheby's on or about October 2, 2019, described as Jean-Michael Basquiat Isaia's Fertility (the "Work").

During our phone conversation you confirmed that the purported owner prior to the auction, Robert Page, asserted that the Work was gifted to him by Isaia Rankin. Mr. Page has also publicly stated that the Work was gifted to him in an article published by Sotheby's written by Stephanie Sporn on or about September 20, 2019.

Although Ms. Swan stands ready to provide facts, circumstances and witnesses that support her claim, it is important to note that there are a number of facts in the public domain that ultimately support Ms. Swan's claim as a legal matter, including but not limited to, statements in the article attributed to Mr. Page.

First, the Work was created in connection with a business called Fertility which was located in the East Village sometime in the early '80s. This business was established well before Mr. Page began working for Mr. Rankin as an employee. As the article states, the Work was a collaboration with Mr. Basquiat. The collaboration took place between Mr. Basquiat and the owners of the business to create an asset for the business. The Work is the resulting business asset.

Second, the identity of the owners of the business is not a mystery. Ms. Swan and Mr. Rankin had a relationship that was intimately personal and committed, and included various business partnerships and collaborations. This relationship existed for many years up to and including the time of his death. It was Ms. Swan and Mr. Rankin who were the sole collaborators and owners of Fertility. Mr. Basquiat posthumously confirms this fact via the Work, with the notation included in his handwriting,  "Proprietors Isaia Rankin, Phyllis Swan".

The Eubanks Law Firm, PLLC

It is clear the Work was created as a business asset for the benefit of Fertility. Since Fertility was owned by Mr. Rankin and Ms. Swan, Mr. Rankin would have absolutely no legal authority, in his capacity as an individual, to gift the Work to Mr. Page. Similarly, Mr. Rankin would have no legal authority to gift the Work, in his business capacity, without Ms. Swan's consent. Ms. Swan did not consent to any gift of the Work and she did not discover that Mr. Page actually had the Work in his possession until the auction was completed and publicized.

At this time, in order to further her legal claim Ms. Swan must assert a demand to have the Work returned to her.  To properly effectuate that demand, Ms. Swan must have the name and address of the individual and/or entity that is in possession of the Work (the "Party In Possession") or the name of the Party in Possession's legal representative. At this time, we respectfully request that Sotheby's provide the name of the Party In Possession or its legal representative as soon as possible.

New York law favors Ms. Swan and we hope that we can resolve this matter such that all parties involved in the transaction recognize her full ownership and her right to control the ultimate fate of the Work. We are open to a dialogue on how to proceed with regard to the bailment of the Work, as long as Ms. Swan's rights are not jeopardized. If you have questions or concerns, please feel free to contact me. I look forward to Sotheby's cooperation and its implied commitment that its involvement in the transfer of ownership via auction, respects the rights of the true owner of auctioned works.

Sincerely,

Renee Eubanks, Esq.

The Eubanks Law Firm, PLLC