Gmail

Renee Eubanks <renee.eubanks@eubanksfirm.com>

---

**Demand For Return of Property Re: Isaia's Fertility Owner Phyllis Swan**
1 message

---

**Renee Eubanks** <renee.eubanks@eubanksfirm.com>                                    Tue, Dec 10, 2019 at 5:03 PM
To: "Scillieri, Aimee" <Aimee.Scillieri@sothebys.com>

Dear Ms. Schillieri,

Based on your November 14, 2019, email that Sotheby's was rescinding the sale and that the piece Sotheby's has titled Isaia's Fertility would be held in escrow pending resolution of the claim, I was advised to submit a demand letter to Sotheby's. I was in the process of starting the letter when your email came in. I will respond to your email under separate cover.  You will receive a formal letter that reiterates the text below, however, Sotheby's should consider the following as Ms. Swan's demand for the return of her property as required under New York law:

Please be advised that my client, Phyliss Swan, is the rightful owner of the work Sotheby's has titled Isaia's Fertility. The work was created as a business asset and Ms. Swan was a proprietor of said business at the time the work was created. She remained the proprietor of the business and the owner of its assets at the time of Isaia Rankin's death. A business asset cannot be gifted without the business owner's consent. Ms. Swan never gifted her asset and never consented to anyone else gifting her asset. The asset has been secreted from her and she only recently learned of its whereabouts.  I provided Sotheby's with preliminary but definitive evidence of Ms. Swan's ownership based on, among other things, text that appears on the work as written by the artist, and information Sotheby's cannot dispute represents an admission against interest by the purported donee, Robert Page.  Sotheby's has confirmed that it has no written evidence to corroborate Mr. Page's story that the work was gifted to him and that it pursued a sale of the work without corroborating his story or contacting Mr. Rankin's heirs.

Based on your email correspondence dated November 19, 2019, you confirmed that Sotheby's was taking possession of Isaia's Fertility, the artwork belonging to Ms. Swan, as part of its routine protocol. Ms. Swan demands that Sotheby's return the work to her by delivering the property to her attorney's offices at the address shown below no later than 3 pm on December 12, 2019. If the work is not returned to her, she will move forward with legal action that not only seeks replevin but also seeks any and all additional damages and remedies that may be appropriate under the law.


Best regards,
Renee Eubanks

The Eubanks Law Firm, PLLC
1180 Ave of the Americas, 8th FL
New York, New York 10036
(212) 390-8949