# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:   Hon. Carol Edmead                              PART 35

_____
                        *Justice*

Sotheby's, Inc.                                     INDEX NO. 650283/2020

                        -v-                         MOTION DATE _____

Phyllis Swan and Robert Everett Page IV             MOTION SEQ. NO. _____

The following papers, numbered 1 to _____ , were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s)._____

Answering Affidavits — Exhibits _____ | No(s). _____

Replying Affidavits _____ | No(s). _____

Upon the foregoing papers, it is ordered that this motion is

It is hereby

   ORDERED that, in accordance with the annexed stipulation, the above captioned matter is dismissed with prejudice.

Dated: 2/6/2020                                     _____, J.S.C.

                                                   **HON. CAROL R. EDMEAD**
                                                             J.S.C.

1. CHECK ONE: ........................................................ [X] CASE DISPOSED          [ ] NON-FINAL DISPOSITION

2. CHECK AS APPROPRIATE: ........................MOTION IS: [ ] GRANTED   [ ] DENIED   [ ] GRANTED IN PART   [ ] OTHER

3. CHECK IF APPROPRIATE: ........................................ [ ] SETTLE ORDER           [ ] SUBMIT ORDER

                                                   [ ] DO NOT POST   [ ] FIDUCIARY APPOINTMENT   [ ] REFERENCE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SOTHEBY'S, INC.,

Plaintiff,

- against -

PHYLLIS SWAN and
ROBERT EVERETT PAGE IV,

Defendants.

Index No. 650283/2020

STIPULATION
AND            ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sotheby's, Inc.

("Sotheby's"), Defendant Phyllis Swan ("Swan"), and Defendant Robert Everett Page IV

("Page") (together, "Claimants"), as follows:

1. In accordance with the hearing in *Swan v. Sotheby's*, Index No. 162272/2019 on January 29, 2020, Sotheby's acknowledges and agrees that it does not have, and it has waived, any interest in the artwork that is the subject of this Interpleader Action, including any interest to a commission on the artwork's sale;

2. Claimants agree to Sotheby's request to withdraw from this action, Index No. 650283/2020, and the Claimants will continue to adjudicate their claims to title to artwork directly between themselves;

3. Sotheby's agrees to hold the artwork at issue, without cost (of storage or insurance) to any Claimant, pending an instruction from the Court, or by both of the Claimants, as to which Claimant the artwork is to be released to;

4. This Stipulation shall not (a) prevent or waive any claims that Swan may attempt to assert against Sotheby's, nor (b) prevent or waive any claim or application that Sotheby's may make to the Court for reimbursement of its attorneys' fees, pursuant to C.P.L.R. § 1006(f); and

5. This Stipulation may be executed by facsimile or e-mail and in counterparts, with each such counterpart deemed to be an original and the counterparts, taken together, constituting one and the same agreement binding on the parties hereto.

Dated: February 3, 2020
New York, New York



SO ORDERED

CAROL EDMEAD
J.S.C.

Error! Unknown document property name.

**PRYOR CASHMAN LLP**

By: Paul S. Cossu, Esq.
7 Times Square
New York, NY 10036
(212) 421-4100
pcossu@pryorcashman.com

*Attorneys for Sotheby's, Inc.*

**THE EUBANKS LAW FIRM, PLLC**

By: Renee Eubanks, Esq.
1180 Ave of the Americas, 8th Fl
New York, New York 10036
(212) 390-8949
renee.eubanks@eubanksfirm.com

*Attorneys for Phyllis Swan*

**ROBERT EVERETT PAGE IV**

*Pro se*

**SO ORDERED:**

**HON. CAROL R. EDMEAD**

Error! Unknown document property name.

| PRYOR CASHMAN LLP | THE EUBANKS LAW FIRM, PLLC |
|---|---|
| By: Paul S. Cossu, Esq. | By: Renee Eubanks, Esq. |
| 7 Times Square | 1180 Ave of the Americas, 8th Fl |
| New York, NY 10036 | New York, New York 10036 |
| (212) 421-4100 | (212) 390-8949 |
| pcossu@pryorcashman.com | renee.eubanks@eubanksfirm.com |
| *Attorneys for Sotheby's Inc.* | *Attorneys for Phyllis Swan* |

ROBERT EVERETT PAGE IV

*Pro se*

SO ORDERED.

HON. CAROL R. EDMEAD