**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PHYLLIS SWAN,

                Plaintiff,

   -against-                                 22 **CIVIL** 10406 (MKV)

                                                   **JUDGMENT**

SOTHEBY'S INC., and ROBERT
EVERETT PAGE IV,

                Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 1, 2023, motion to dismiss is GRANTED with prejudice. Swan's request for oral argument is DENIED. Accordingly, the case is closed.

**Dated:**  New York, New York

      November 2, 2023

                                                    **RUBY J. KRAJICK**
                                                     Clerk of Court

                                    **BY:** _____
                                                       **Deputy Clerk**