UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS SWAN, | USDC SDNY |
| | DOCUMENT |
| Plaintiff, | ELECTRONICALLY FILED |
| | DOC #:_____ |
| -against- | DATE FILED:  1/6/2025 |
| | |
| SOTHEBY'S INC. and ROBERT EVERETT PAGE IV, | 22-cv-10406 (MKV) |
| | |
| Defendants. | ORDER |

MARY KAY VYSKOCIL, United States District Judge:

In light of the decision that the Second Circuit issued on December 19, 2024 [ECF No. 31], the Court must reopen this case for further proceedings.  Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint letter by January 21, 2025 advising the Court how they propose to proceed in compliance with the mandate of the Second Circuit.

The Clerk of Court respectfully is requested to reopen this case on the Court's docket.

**SO ORDERED.**

**Date:  January 6, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**