The Eubanks Law Firm, PLLC
641 Lexington Avenue, 15th<sup>h</sup> Fl
New York, New York 10022

March 11, 2025

By ECF

Hon. Mary Kay Vyskocil
United States District Court Judge
500 Pearl Street, Courtroom 18C
New York, New York 10007

Re: *Phyllis Swan v. Sotheby's Inc., and Robert Everett Page IV*;
Civil Action No. 1-22-cv-10406 MKV

Dear Judge Vyskocil,

I would like to take this time to apologize to the Court for not timely filing the required joint letter. I inadvertently missed the email from the NYSD and I mistakenly believed the next step was for the Court to contact the parties for a conference. I am not accustomed to monitoring court dockets, as my ordinary practice is not litigation based. I have been representing Ms. Swan in this litigation on a pro bono basis. In the recent appeal, I was able to acquire experienced co-counsel whose engagement was limited to that appeal. I am in the process of trying to find experienced co-counsel to assist with trial level matters.

Because I regrettably did not see the email notifying me of the Court's January 6, 2025 order, and because Mr. Page did not contact me about it, I was not aware of that order until yesterday, when I received the email notifying me of the Court's March 10, 2025 order. I have immediately begun working to rectify the situation. I emailed Mr. Page today to schedule a discussion regarding the joint letter the January 6, 2025 order requires us to file. I will also seek to follow up with him by phone as well.

With regard to Rule 41(b), I respectfully submit that dismissal would be inappropriate. Since both parties equally failed to act on the Court's January 6, 2025 order requiring both parties to file a joint letter, dismissal would unfairly punish Ms. Swan while rewarding Mr. Page for both parties' equal mistake. Also, dismissal would unfairly punish Ms. Swan for a mistake that was not her fault, but instead was the fault of her counsel, who, as noted above, has taken this litigation pro bono despite being a non-litigator. In the interests of justice, I would hope the Court

would not punish my client, who has been trying to fight for herself since 2019, for an inadvertent error by her counsel.

Based on the foregoing, I respectfully ask the Court to give the parties additional time to file the joint letter required by the January 6, 2025 order. It is my promise to the Court to monitor the Court's communications more closely and to remain in compliance with the Court's requests.

.

Sincerely,

Renee Eubanks, Esq.