Subject: Case 1:22-cv-10406-MKV - Swan v. Sotheby's Inc et al - Notification Regarding Plaintiff's Counsel's Communication and Imminent Deadline - Document Number 34

Honorable Mary Kay Vyskocil,

Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, NY 10007-1312

Case Name: Swan v. Sotheby's Inc et al Case Number: 1:22-cv-10406-MKV Filer: Robert Page Document Number: 34

Your Honor,

This letter serves to respectfully notify the Court of the current status of communication with Plaintiff's counsel, Renee Eubanks, regarding the Court's ORDER TO SHOW CAUSE (Document Number 34, Docket: https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?590782).

As detailed in the attached email correspondence, late in the day on March 11, 2025, Ms. Eubanks requested a telephone conference to discuss the joint letter required by the Court's order, which is due by 1:00 p.m. on March 12, 2025. I responded promptly indicating my preference for written communication and requested further information or requests in writing.

As of this moment, I have not received further communication from Ms. Eubanks. I am making the court aware of this situation as the deadline approaches.

Respectfully submitted,

Robert Page P. O. Box 495 Shelter Island Hts., NY 11965 robertpageiv@gmail.com