The Eubanks Law Firm, PLLC
641 Lexington Avenue, 15th$^h$ Fl
New York, New York 10022

April 9, 2025

By ECF

Hon. Mary Kay Vyskocil
United States District Court Judge
500 Pearl Street, Courtroom 18C
New York, New York 10007

Re: *Phyllis Swan v. Sotheby's Inc., and Robert Everett Page IV*;
Civil Action No. 1-22-cv-10406 MKV

Dear Judge Vyskocil,

Per the court rules, I am submitting this letter to request oral argument regarding the Motion to Dismiss filed by Defendant Page and the opposition to Defendant' motion filed by me today.

Sincerely,

Renee Eubanks, Esq.