UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
PHYLLIS SWAN,                                            :
                                                         :
                              Plaintiff,                 :
                                                         :
               -against-                                 :
                                                         :
ROBERT EVERETT PAGE IV,                                  :    Index No. 1:22-CV-10406-MKV
                                                         :
                              Defendant.                 :
                                                         :
                                                         :
                                                         :
                                                         :
                                                         :
                                                         :
-------------------------------------------------------- :
                                                         X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thomas Touchie of Studio Legal LLP hereby appears as

counsel on behalf of Defendant Robert Everett Page IV in the above-captioned action.

Dated: New York, NY                    Respectfully submitted,
        April 22, 2026
                                       STUDIO LEGAL LLP

                                       By:    */s/Thomas Touchie*
                                              Thomas Touchie

                                       447 Broadway 2nd FL #388
                                       New York, NY 10013
                                       (347) 620-6423
                                       thomas@studiolegal.xyz

                                       *Attorneys for Defendant Robert Everett Page IV*