

Studio Legal LLP
447 Broadway
2nd Floor #388
New York, NY 10013
thomas@studiolegal.xyz

**BY ECF & EMAIL TO:**
VyskocilNYSDChambers@nysd.uscourts.gov

April 22, 2026

Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: ___4/23/26___

**RE:**  ***Phyllis Swan v. Robert Everett Page IV*, No. 1:22-cv-10406 (MKV)**
Request for Extension of Time for Defendant Page to Respond

Dear Judge Vyskocil:

We represent Defendant Robert Everett Page IV in the above-referenced action. Pursuant to Rule G of Your Honor's Individual Rules of Practice in Civil Cases, we respectfully request a short extension of time for Mr. Page to respond to the First Amended Complaint in this action.

Mr. Page was proceeding *pro se* when the Court entered its order on March 26, 2026 denying his motion to dismiss and directing him to answer the First Amended Complaint within thirty days. His current deadline to answer is April 27, 2026. Mr. Page retained counsel in this matter on April 20, 2026. We contacted opposing counsel on the same day to request their consent to a thirty-day extension to Mr. Page's deadline to respond. Counsel to Plaintiff responded but only agreed to a partial extension of twenty days.

Given that Mr. Page has proceeded *pro se* in this matter until now, we respectfully request that his deadline be extended by thirty days to May 27, 2026. This extension will allow counsel time to meet with Mr. Page, review the record, and prepare Mr. Page's answer with counterclaims. We note that Mr. Page has never individually requested an extension in this matter. The only prior extension of a responsive pleading deadline was a request made jointly by Sotheby's and Mr. Page in April 2023, more than three years ago, in connection with the original motion to dismiss briefing. The present request does not affect any dates set forth in a Court-approved Case Management Plan or Scheduling Order, as none have yet been entered.

We are grateful for the Court's consideration.

Respectfully submitted,

1

*/s/Thomas Touchie*

Thomas Touchie
**Studio Legal LLP**

CC (via E-Mail):      Renee Eubanks

**Granted. SO ORDERED.**

Date:  Apr. 23, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge