UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                 :

PHYLLIS SWAN,               :    Index No. 1:22-CV-10406-MKV

            Plaintiff,   :    **DEFENDANT ROBERT EVERETT**
                 :    **PAGE IV'S RULE 7.1 DISCLOSURE**
     -against-     :    **STATEMENT**
                 :

ROBERT EVERETT PAGE IV,   :

          Defendants.  :

                 :
-------------------------------------------------------- :
                 X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and

Counterclaimant Robert Everett Page IV states that he is a natural person and a resident of the

State of New York.

Dated: New York, NY           Respectfully submitted,
       May 27, 2026

                              STUDIO LEGAL LLP

                              By:    */s/Thomas Touchie*
                                  Thomas Touchie

                            447 Broadway 2nd FL #388
                            New York, NY 10013
                            (347) 620-6423
                            thomas@studiolegal.xyz

                            *Attorney for Defendant Robert Everett Page IV*