**Studio Legal**

Studio Legal LLP
447 Broadway
2nd Floor #388
New York, NY 10013
thomas@studiolegal.xyz

**BY ECF & EMAIL TO:**
VyskocilNYSDChambers@nysd.uscourts.gov

June 19, 2026

Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__6/23/26____

**RE:** *Phyllis Swan v. Robert Everett Page IV,* **No. 1:22-cv-10406 (MKV)**
Extension of Time to File Joint Letter and Proposed Case Management Plan

Dear Judge Vyskocil:

We write jointly on behalf of Plaintiff Phyllis Swan and Defendant Robert Everett Page IV pursuant to Rule 2(G) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request a thirty-day extension of the deadline to file the Joint Letter and Proposed Case Management Plan required by the Court's Scheduling Order dated June 9, 2026 (Dkt. No. 52). That deadline is currently June 30, 2026.

Pursuant to the Court's Order, the parties have met and conferred and discussed the possibility of settlement. The parties anticipate further discussions on this matter. Accordingly, the parties respectfully request that the deadline to file the Joint Letter and Proposed Case Management Plan be extended from June 30, 2026 to July 30, 2026.

This is the parties' first request for an extension of this deadline, and it is made on consent of all parties. The parties do not anticipate making any further requests to extend this deadline.

We are grateful for the Court's consideration.

Respectfully submitted,

*/s/Thomas Touchie*

Thomas Touchie
**Studio Legal LLP**

CC (via E-Mail):       Renee Eubanks

> **Granted. SO ORDERED.**
>
> Date:  June 30, 2026
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

1