**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

PHYLLIS SWAN,

Plaintiff,

-against-

ROBERT EVERETT PAGE IV,

Defendant.

-------------------------------------------------------------x

Civil Action No. 1:22-cv-10406 (MKV)

**Oral Argument Requested**

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that, upon the First Amended Complaint (Dkt. No. 10), Defendant's Answer with Counterclaim (Dkt. No. 51), the First Amended Counterclaim (Dkt. No. 63), the accompanying Declaration of Renee Eubanks and the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, Plaintiff and Counterclaim Defendant Phyllis Swan will move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure granting judgment on the pleadings dismissing the First Amended Counterclaim in its entirety, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that this motion is made pursuant to the leave granted by the Court following Plaintiff's pre-motion letter, in accordance with Rule 4(A)(i) of the Court's Individual Rules of Practice in Civil Cases.

PLEASE TAKE FURTHER NOTICE that opposition and reply papers shall be served in accordance with any schedule set by the Court or, absent such a schedule, Local Civil Rule 6.1(b).

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 4(A)(vii) of the Court's Individual Rules of Practice in Civil Cases, Plaintiff respectfully requests oral argument on this motion.

Dated: Brooklyn, New York
September 23, 2026

Respectfully submitted,

**THE EUBANKS LAW FIRM, PLLC**

By: /s/ Renee Eubanks
Renee Eubanks, Esq.
535 Dean Street, Suite 618
Brooklyn, New York 11217
(212) 390-8949
renee.eubanks@eubanksfirm.com
*Attorney for Plaintiff/Counterclaim Defendant Phyllis Swan*

To: Thomas Touchie, Esq.
STUDIO LEGAL LLP
447 Broadway, 2nd Floor #388
New York, New York 10013
*Attorney for Defendant Robert Everett Page IV*
(via ECF)